UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY MORRISON, *as parent of* minor child JM, <br><br> **PLAINTIFF** <br><br> v. <br><br> PERRY SCHOOL DEPARTMENT, <br><br> **DEFENDANT** | CIVIL NO. 1:18-CV-106-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 28, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion for "Stay-Put" Order. The time within which to file objections expired on January 11, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for a "stay-put" order is **DENIED**.

**SO ORDERED.**

**DATED THIS 16TH DAY OF JANUARY, 2019**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**