**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| JEFFREY MORRISON, *as parent of minor child J.M.*, <br><br>                PLAINTIFF <br><br>v. <br><br>PERRY SCHOOL DEPARTMENT, <br><br>                DEFENDANT | CIVIL NO. 1:18-CV-106-DBH |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On July 11, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Administrative Record. The time within which to file objections expired on July 25, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Judgment is **GRANTED** in favor of the defendant on the administrative record.

**SO ORDERED.**

**DATED THIS 1ST DAY OF AUGUST, 2019**

                                                /S/ D. BROCK HORNBY
                                                **D. BROCK HORNBY**
                                                **UNITED STATES DISTRICT JUDGE**